B18W (Form 18W) (08/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:03−bk−19916−SSC**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| JOSE ASCENCION MORENO | CATALINA MORENO |
| 2000 E. APACHE, #265 | 2000 E. APACHE, #265 |
| BUCKEYE, AZ 85326 | BUCKEYE, AZ 85326 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−1048                                          xxx−xx−6730

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 9/24/08

Sarah Sharer Curley
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2           User: medinad              Page 1 of 1                Date Rcvd: Sep 25, 2008
Case: 03-19916                 Form ID: b18w              Total Served: 23


The following entities were served by first class mail on Sep 27, 2008.
db          +CATALINA MORENO,    2000 E. APACHE, #265,    BUCKEYE, AZ 85326-9118
db          +JOSE ASCENCION MORENO,    2000 E. APACHE, #265,    BUCKEYE, AZ 85326-9118
aty          REX 1 ANDERSON,    SHAPIRO & ANDERSON, LLP,    3300 N CENTRAL AVE STE 2200,
               PHOENIX, AZ  85012-2582
aty          Rex C. Anderson,    SHAPIRO & ANDERSON, LLP,    3300 N CENTRAL AVE STE 2200,
               PHOENIX, AZ  85012-2582
tr           RUSSELL BROWN,    CHAPTER 13 TRUSTEE,    SUITE 800,    3838 NORTH CENTRAL AVENUE,
               PHOENIX, AZ  85012-1965
cr           MERS c/o Chase Manhattan Mortgage Corp.,    Dept PPG7,    P.O. Box 182106,
               Columbus, OH  43218-2106
4855663     +Chase Manhattan Mortgage,    3415 Vision Dr.,    Columbus OH 43219-6009
4855665     +DMG,    Po Box 7403,    Akron OH 44306-0403
4946096     +DRIVE TIME,    1030 N COLORADO ST,    GILBERT AZ 85233-2239
4855666     +Drive Time,    5104 W. Glendale Ave.,    Glendale AZ 85301-2602
4855668      JLC Investments,    re: Colortyme,    406 N. Litchfield Rd., #208,    Buckeye AZ 85326
4855669     +Kenneth Eisen & Associates,    4800 N. Central Ave. Ste 1,    Phoenix AZ 85012-1722
4921807     +MERS,    c/o Chase Manhattan Mortgage,    Dept PP-G7,    P.O. Box 182106,
               Columbus, Ohio 43218-2106
4855670     +Maricopa County Treasurer,    301 W. Jefferson St.-RM100,    Phoenix AZ 85003-2143
4855671     +North Shore Agency Inc,    re: Ritmo y Pasion,    751 Summa Avenue,    Westbury NY 11590-5010
4855672      Phoenix Checkcashers,    re: Payday Loan Store of AZ,    4359 W. Bethany Home,    Phoenix AZ 85031
4921806     +Shapiro & Anderson, L.L.P.,    2700 N. Central Avenue, #350,    Phoenix, AZ 85004-1192
4855673     +Title Trust Deed Svc Co.-Foreclsr Dept.,    Malibu Canyon Business Park,
              26679 W. Agoura Rd., Suite 225,    Calabasas CA 91302-3814

The following entities were served by electronic transmission on Sep 26, 2008.
smg         +EDI: AZDEPREV.COM Sep 26 2008 00:13:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
smg          EDI: IRS.COM Sep 26 2008 00:13:00      IRS,    210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ  85012
4855662     +EDI: AZDEPREV.COM Sep 26 2008 00:13:00      Arizona Department Of Revenue,    Bankruptcy Unit - TCS,
               1600 W. Monroe #710,    Phoenix AZ 85007-2612
4855664     +E-mail/Text: bankruptcy@callcheckmate.com                            Checkmate,    Po Box 45208,
               Phoenix AZ 85064-5208
4855667      EDI: IRS.COM Sep 26 2008 00:13:00      IRS Special Procedures,    210 East Earll Drive,
               Phoenix AZ 85012
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2008                          Signature:  _Joseph Speetjens_